```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
BRUCHA FURTH
                            Plaintiff,

        -against-



CLIENT SERVIC ES, INC,.
                            Defendant.

--------------------------------------------------------
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2018 ★

BROOKLYN OFFICE

18 CV 3300 (ILG)  (RLM)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*

---
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED

[signature]
U.S.D.J.
12/18/18